# EXHIBIT 6

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

June 16, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 200
Orange, CA 92868

Re: **Notice of Rescission by Deborah J. Kenny and Robert W. Kenny of 31 Fiume Street, Pawtucket, RI 02860, Loan Number: 0046289880, Closing Date:04/15/2003**

To Whom It May Concern:

I represent Deborah J. Kenny and Robert W. Kenny concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on April 15, 2003. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Kenny were given incomplete and therefore materially defective notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Kenny's property located at 31 Fiume Street, Pawtucket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Deborah J. Kenny and Robert W. Kenny**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Deborah J. Kenny and Robert W. Kenny