JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 23 2007

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-14)***

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 171 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-14 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CONNECTICUT | |
| CT 3 06-1987 | Brent Addenbrooke, et al. v. Ameriquest Mortgage Co. |
| INDIANA NORTHERN | |
| INN 2 06-401 | Monty Nicole Russell, et al. v. Ameriquest Mortgage Co., et al. |
| INN 2 06-409 | Rodney S. Means v. Ameriquest Mortgage Co., et al. |
| MASSACHUSETTS | |
| MA 3 06-30200 | David R. Lacasse, et al. v. Ameriquest Mortgage Co. |
| MA 4 06-40195 | Kelly Ann I. Graham, et al. v. Ameriquest Mortgage Co., et al. |
| MICHIGAN WESTERN | |
| MIW 5 06-209 | Dale Churchill, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-210 | Evelyn Wright, et al. v. Ameriquest Mortgage Co., et al. |
| MISSOURI EASTERN | |
| MOE 4 06-1649 | Paul W. Derda, et al. v. Ameriquest Mortgage Co., et al. |
| RHODE ISLAND | |
| RI 1 06-511 | David L'Heureux, et al. v. Ameriquest Mortgage Co. |
| RI 1 06-554 | Dawn Demers, et al. v. Ameriquest Mortgage Co. |
| TEXAS EASTERN | |
| TXE 1 06-781 | David L. Murphy, et al. v. Argent Mortgage Co., LLC |

| BKY. DIST. DIV. ADVY. # | CASE CAPTION |
|---|---|
| MA 1 06-1424 | Kellie Kelsey v. AMC Mortgage Services, Inc. |

**INVOLVED JUDGES LIST (CTO-14)**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Hon. Janet Bond Arterton
U.S. District Judge
118 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Thad Heartfield
Chief Judge, U.S. District Court
212 Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street
Beaumont, TX 77001

Hon. William C. Hillman
U.S. Bankruptcy Judge
1101 Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, MA 02222-1047

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. F. Dennis Saylor, IV
U.S. District Judge
411 Harold D. Donohue Federal Building &
U.S. Courthouse
595 Main Street
Worcester, MA 01608

Hon. Theresa L. Springmann
U.S. District Judge
2113 E. Ross Adair Federal Building &
U.S. Courthouse
1300 S. Harrison Street
Ft. Wayne, IN 46802

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Federal Building &
U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

January 23, 2007

Honorable Marvin E. Aspen
Senior U.S. District Judge
2578 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-14)

Dear Judge Aspen:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Deputy Clerk

cc: (See Attached List of Judges)

JPML Form 39B