**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAWN L. DEMERS, and** | : | |
| **DEBORAH J. and ROBERT W.** | : | |
| **KENNY,** | : | |
| **Plaintiffs,** | : | **C.A. 06-554 T** |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

**PLAINTIFFS' ANSWER TO THE DEFENDANT'S COUNTERCLAIM TO THE PLAINTIFFS' COMPLAINT**

Plaintiffs Dawn L. Demers, and Deborah J. and Robert W. Kenny ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim to the Plaintiffs' Complaint filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and states:

1. Plaintiffs admits the allegations set forth in paragraphs 1, 2, 3, 4, 7, and 8 of the Defendant's Counterclaim.

2. Plaintiffs denies the allegations set forth in paragraphs 5 and 9 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiffs' favor on all counts of the Complaint, that Plaintiffs be awarded the cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs pray that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim requesting Declaratory Relief.

Respectfully submitted,___________

/s/ Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

Dated: February 9, 2007

**CERTIFICATION**

I hereby certify that on the 9th day of February, 2007, I electronically filed the foregoing ANSWER TO DEFENDANT'S COUNTERCLAIM TO PLAINTIFFS' COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using CM/ECF System. The following participants have received notice electronically:

Steven E. Snow
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

/s/ Christopher M. Lefebvre