F-(1)
06-554T

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

February 8, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-14)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 23, 2007 As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Marvin E. Aspen
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 23 2007

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-14)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 171 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**Inasmuch as no objection is pending at this time, the stay is lifted.**

FEB - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-14 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CONNECTICUT | |
| CT 3 06-1987 | Brent Addenbrooke, et al. v. Ameriquest Mortgage Co. |
| INDIANA NORTHERN | |
| INN 2 06-401 | Monty Nicole Russell, et al. v. Ameriquest Mortgage Co., et al. |
| ~~INN 2 06-409~~ | ~~Rodney S. Means v. Ameriquest Mortgage Co., et al.~~ Opposed 2/08/07 |
| MASSACHUSETTS | |
| MA 3 06-30200 | David R. Lacasse, et al. v. Ameriquest Mortgage Co. |
| ~~MA 4 06-40195~~ | ~~Kelly Ann I. Graham, et al. v. Ameriquest Mortgage Co., et al.~~ Opposed 2/08/07 |
| MICHIGAN WESTERN | |
| MIW 5 06-209 | Dale Churchill, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-210 | Evelyn Wright, et al. v. Ameriquest Mortgage Co., et al. |
| MISSOURI EASTERN | |
| ~~MOE 4 06-1649~~ | ~~Paul W. Derda, et al. v. Ameriquest Mortgage Co., et al.~~ Opposed 2/08/07 |
| RHODE ISLAND | |
| RI 1 06-511 | David L'Heureux, et al. v. Ameriquest Mortgage Co. |
| RI 1 06-554 | Dawn Demers, et al. v. Ameriquest Mortgage Co. |
| TEXAS EASTERN | |
| ~~TXE 1 06-781~~ | ~~David L. Murphy, et al. v. Argent Mortgage Co., LLC~~ Opposed 2/01/07 |

| BKY. DIST. DIV. ADVY. # | CASE CAPTION |
|---|---|
| MA 1 06-1424 | Kellie Kelsey v. AMC Mortgage Services, Inc. |

# INVOLVED COUNSEL LIST (CTO-14)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Patricia Antonelli
180 South Main Street
Providence, RI 02903

Harry William Cappel
Graydon, Head & Ritchey
511 Walnut Street
1900 Fifth Third Center
Cincinnati, OH 45202

Daniel A. Edelman
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Eugene M. Feingold
Law Offices of Eugene M. Feingold
625 Ridge Road
Suite A
Munster, IN 46321

Brian M. Forbes
Kirkpatrick & Lockhart Nicholson
Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Preston W. Halperin
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Christopher B. Hunter
1401 South Brentwood Blvd.
St. Louis, MO 63144

Christine M. Jackson
Chris Jackson Law Office
8555 Cedar Place Drive
Suite 111A
Indianapolis, IN 46240

Harold G. Johnson
Johnson & Johnson
500 Northwest Plaza
Suite 715
St. Ann, MO 63074

Lindsay Lee Lambert
Hughes, Watters & Askanase
Three Allen Center, 29th Floor
333 Clay
Houston, TX 77002

Christopher M. Lefebvre
Law Offices of Claude Lefebvre
& Sons
P.O. Box 479
Pawtucket, RI 02862

Andrew G. Pizor
Consumer Law Group
35 Cold Spring Road
Suite 512
Rocky Hill, CT 06067

Todd Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Elizabeth A. Ryan
Roddy Klein & Ryan
727 Altantic Avenue
2nd Floor
Boston, MA 02111

Everett H. Sanderson
Moore Landrey, LLP
390 Park Street
Suite 500
Beaumont, TX 77701

David M. Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081

Ethan L. Shaw
Moore Landrey, LLP
1609 Shoal Creek Blvd.
Suite 100
Austin, TX 78701

Kimberly A. Shriver
Huffer & Weathers
151 North Delaware Street
Suite 1850
Indianapolis, IN 46204

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Robert E. Stochel
Hoffman & Stochel
One Professional Center
Suite 308
Crown Point, IN 46307

Glenn S. Vician
Bowman Heintz Boscia &
Vician, PC
8605 Broadway
Merrillville, IN 46410

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503

# INVOLVED JUDGES LIST (CTO-14)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Janet Bond Arterton
U.S. District Judge
118 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

~~Hon. Jean C. Hamilton~~
~~U.S. District Judge~~
~~16N Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-1116~~

~~Hon. Thad Heartfield~~
~~Chief Judge, U.S. District Court~~
~~212 Jack Brooks Federal Bldg. & U.S. Courthouse~~
~~300 Willow Street~~
~~Beaumont, TX 77001~~

Hon. William C. Hillman
U.S. Bankruptcy Judge
1101 Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, MA 02222-1047

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

~~Hon. F. Dennis Saylor, IV~~
~~U.S. District Judge~~
~~411 Harold D. Donohue Federal Building &~~
~~U.S. Courthouse~~
~~595 Main Street~~
~~Worcester, MA 01608~~

Hon. Theresa L. Springmann
U.S. District Judge
2113 E. Ross Adair Federal Building &
U.S. Courthouse
1300 S. Harrison Street
Ft. Wayne, IN 46802

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Federal Building &
U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

# INVOLVED CLERKS LIST (CTO-14)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

~~David J. Maland, Clerk~~
~~Jack Brooks Federal Bldg. & U.S. Courthouse~~
~~300 Willow Street, Suite 104~~
~~Beaumont, TX 77701~~

~~James G. Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Ronald C. Weston, Clerk
113 Federal Building
315 West Allegan Street
Lansing, MI 48933

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

James M. Lynch, Clerk
United States Bankruptcy Court
1101 Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, MA 02222-1047

Stephen R. Ludwig, Clerk
U.S. Courthouse
5400 Federal Plaza, Suite 2300
Hammond, IN 46320